UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADMINTERMARE,

                              Plaintiff,

                -v -

GLENCORE LTD.,

                              Defendant.

19-CV-9567 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

      This action was filed on October 16, 2019. (Dkt. No. 1.) The docket does not indicate that Plaintiff has served Defendant. Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed.

      Plaintiff is directed to advise the Court in writing why he has failed to serve the summons and complaint on Defendant within the ninety-day period, or, if Defendant has been served, when and in what manner such service was made. If no written communication is received by March 5, 2020, showing good cause why such service was not made within ninety days, the Court will dismiss the case.

      SO ORDERED.

Dated: February 13, 2020
       New York, New York

                                                  J. PAUL OETKEN
                                                United States District Judge