# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

**ADMINTERMARE, A DIVISION OF,**
**ADM INTERNATIONAL, SARL**

**PLAINTIFF,**

-against-  1:19-cv-09567

ORDER OF DISMISSAL
WITHOUT PREJUDICE

**GLENCORE LTD.**

**DEFENDANT**

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Court considered the Notice of Dismissal Without Prejudice filed by Plaintiff, ADMIntermare, a division of ADM International, SARL. The Court hereby GRANTS the notice as a motion to dismiss without prejudice pursuant to Rule 41(a)(1)(A)(i).

The Court notes that Plaintiff's claims asserted in this case are currently pending in Case No. 1:20-cv-01223 in the United States District Court for the Southern District of New York, which has been assigned to this Court after it was transferred here from the United States District Court for the Southern District of Texas. Plaintiff's claims will proceed in Case No. 1:20-cv-01223 in this Court.

Therefore, it is hereby ORDERED that this Case No. 1:19-cv-09567 is DISMISSED WITHOUT PREJUDICE. Costs are taxed against the party who incurred them.

Signed at New York, New York this 5th day of March, 2020.

_____
J. PAUL OETKEN
United States District Judge